448 F.2d 775
 UNITED STATES of America, Plaintiff-Appellee,
v.
James Richard WILLIAMS, Defendant-Appellant.
 No. 71-2096 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Oct. 13, 1971.
 
 E. Ralph Ivey, Rome, Ga. (court appointed), for defendant-appellant.
 John W. Stokes, Jr., U. S. Atty., George H. Connell, Jr., Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966